1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT KELLEY, *et al.*,

        Plaintiffs,

    v.

JAMES KAHAN, *et al.*,

        Defendants.

Case No.  C05-115L

ORDER GRANTING EXTENSION OF
TIME AND AMENDING ORDER
REGARDING INITIAL DISCLOSURES,
JOINT STATUS REPORT, AND
EARLY SETTLEMENT

15

16      This matter comes before the Court on the "Motion for Extension of Time" (Dkt. # 17)

17  filed by *pro se* plaintiff Robert Kelley.  Defendants do not object to the motion, but do indicate

18  their intention to oppose any further extensions of time or other delays.

19      Plaintiff's motion is GRANTED.  The Order Regarding Initial Disclosures, Joint Status

20  Report and Early Settlement (Dkt. # 11) is AMENDED to reflect the following initial scheduling

21  dates:

22      Deadline for FRCP 26(f) Conference:          **September 13, 2005**

23      Initial Disclosures Pursuant to FRCP 26(a)(1):   **September 20, 2005**

24      Combined Joint Status Report and Discovery
        Plan as Required by FRCP 26(f) and Local
25      Rule CR 16:                                  **September 27, 2005**

26

ORDER GRANTING EXTENSION OF
TIME AND AMENDING ORDER
REGARDING INITIAL
DISCLOSURES, JOINT STATUS
REPORT, AND EARLY SETTLEMENT

1      In all other respects, the Order Regarding Initial Disclosures, Joint Status Report and

2   Early Settlement remains unchanged.

3

4      DATED this 29th day of August, 2005.

5

6

7                              _____
                               Robert S. Lasnik
8                              United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING EXTENSION OF
TIME AND AMENDING ORDER
REGARDING INITIAL
DISCLOSURES, JOINT STATUS
REPORT, AND EARLY SETTLEMENT                    -2-