UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT KELLEY,

          Plaintiff,

  v.

JAMES KAHAN, et al.,

          Defendants.

Case No. C05-115L

ORDER VACATING ORDER
TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On October 28, 2005, the Court issued an "Order to Show Cause" why both parties should not be sanctioned for failure to submit a Joint Status Report (Dkt. # 28). Although the parties failed to reach agreement on the contents of the Joint Status Report, both submitted their respective versions of the report in reply to the Court's October 28 order. Pursuant to this effort to comply with the Joint Status Report requirement, the order to show cause is HEREBY VACATED.

DATED this 21st day of November, 2005.

                                                     /s/ Robert S. Lasnik
                                                     Robert S. Lasnik
                                                     United States District Judge